UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD DAVID ADAME,<br><br>Petitioner<br><br>v.<br><br>JIM ROBERTSON, Warden,<br><br>Respondent. | Case No. 8:20-cv-02058-CJC (GJS)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all documents filed and lodged in this action, and the Report and Recommendation of United States Magistrate Judge [Dkt. 22, "Report"]. The time for filing Objections to the Report has passed, and no Objections have been received.

Having completed its review, the Court accepts the findings and recommendations set forth in the Report, subject to the typographical changes noted in the footnote below.[1] Accordingly, **IT IS ORDERED** that: the Petition is DENIED; and Judgment shall be entered dismissing this action with prejudice.

DATED: April 29, 2021

HON. CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE

---

[1] On page 14, lines 1 and 10 "Officer Hicks" is corrected to read "Officer Link."