JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD DAVID ADAME, | Case No. 8:20-cv-02058-CJC (GJS) |
| Petitioner | |
| v. | **JUDGMENT** |
| JIM ROBERTSON, Warden, | |
| Respondent. | |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED THAT this action is dismissed with prejudice.

DATED: April 29, 2021

HON. CORMAC J. CARNEY

UNITED STATES DISTRICT JUDGE